IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTOR ALFONSO GONZALEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY BLACK & DECKER, INC. ) <br> d/b/a ) <br> CRAFTSMAN, LOWE'S HOME ) <br> CENTERS, LLC, LOWE'S HOME ) <br> IMPROVEMENT, LLC, LOWE'S ) <br> COMPANIES, INC., a/k/a BUFORD ) <br> LOWE'S (STORE #0662), ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br> 1:24-CV-03972-SDG <br> <br> JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE OF JEFFREY P. RAASCH, ESQ. FOR DEFENDANTS LOWE'S HOME CENTERS, LLC, LOWE'S HOME IMPROVEMENT, LLC and LOWE'S COMPANIES, INC.

COMES NOW Jeffrey P. Raasch of the law firm of Vernis & Bowling of Atlanta, LLC, and hereby enters his appearance as lead counsel of record for defendant Lowe's Home Centers, LLC, Lowe's Home Improvement, LLC and Lowe's Companies, Inc. (hereinafter "defendants") in the above-styled case. Henceforth, all notices, pleadings, and correspondence in the above-referenced case to be served on defendants Lowe's Home Centers, LLC, Lowe's Home Improvement, LLC or Lowe's Companies, Inc. should be directed to:

Jeffrey P. Raasch, Esq.
Georgia Bar No.: 591463
Vernis & Bowling of Atlanta, LLC
30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
jraasch@georgia-law.com

This the 24th day of September, 2024.

                                                          Vernis & Bowling of Atlanta, LLC

                                                          /s/ Jeffrey P. Raasch
                                                          Jeffrey P. Raasch, Esq.
                                                          Georgia Bar No.: 591463
                                                          *Attorney for Defendants Lowe's Home Centers, LLC, Lowe's Home Improvement, LLC and Lowe's Companies, Inc.*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
jraasch@georgia-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTOR ALFONSO GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) 1:24-CV-03972-SDG |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| STANLEY BLACK & DECKER, INC. d/b/a CRAFTSMAN, LOWE'S HOME CENTERS, LLC, LOWE'S HOME IMPROVEMENT, LLC, LOWE'S COMPANIES, INC., a/k/a BUFORD LOWE'S (STORE #0662), | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

<u>CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE OF JEFFREY P. RAASCH, ESQ. FOR DEFENDANTS LOWE'S HOME CENTERS, LLC, LOWE'S HOME IMPROVEMENT, LLC and LOWE'S COMPANIES, INC.</u>

I HEREBY CERTIFY that I have this day served opposing counsel with the foregoing <u>Entry of Appearance of Jeffrey P. Raasch, Esq. for Defendants Lowe's Home Centers, LLC, Lowe's Home Improvement, LLC and Lowe's Companies, Inc.</u> by electronic filing and by deposition a true and exact copy of the same in the U.S. Mail with adequate postage affixed thereon, and addressed as follows:

Bethany L. Schneider, Esq.
SCHNEIDER INJURY LAW
1201 Peachtree St. NE
#2000
Atlanta, GA 30361
bethany@schneiderinjuryattorne.com
*Attorney for Plaintiff*

Jennifer Cabrera Torres, Esq.
GONZALEZ TORRES LAW
1770 Indian Trail Lilburn Road
Ste. 350
Norcross, GA 30093
jennifer@gonzalez-lawyer.com
*Attorney for Plaintiff*

Micheal D. Stacey, Esq.
James E. Singer, Esq.
BOVIS, KYLE BURCH & MEDLIN, LLC
200 Ashford Center, North,
Suite 500
Atlanta, GA 30338
jes@bovsikeyle.com
mstacy@boviskyle.com
*Attorney for Defendant Stanley Black & Decker, Inc.*

This the 24th day of September, 2024.

                                              Vernis & Bowling of Atlanta, LLC

                                              /s/ Jeffrey P. Raasch
                                              Jeffrey P. Raasch, Esq.
                                              Georgia Bar No.: 591463
                                              *Attorney for Defendants Lowe's*
                                              *Home Centers, LLC, Lowe's*
                                              *Home Improvement, LLC and*
                                              *Lowe's Companies, Inc.*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
jraasch@georgia-law.com